UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DIEGO SAED,<br><br>           Defendant. | Case No. 24-mj-70178-MAG-1  (JST)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; DENYING MOTION FOR EXPEDITED BRIEFING SCHEDULE**<br><br>Re: ECF No. 23 |

The Defendant's motion to reconsider the Court's prior order staying the defendant's release is denied. The motion repeats the arguments the Defendant made in his opposition to the Government's motion for stay, ECF No. 19, and the Court has already carefully considered those arguments. "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F. Supp. 2d 1280, 1288 (D. Nev. 2005).

The motion for an expedited briefing schedule is also denied.

**IT IS SO ORDERED.**

Dated:  March 7, 2024

                                                JON S. TIGAR
                                      United States District Judge