UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO SAED,<br><br>Defendant. | Case No. 4:24-mj-70178-MAG-1   (KAW)<br><br>**ORDER OF COMMITTAL FOR EXTRADITION**<br><br>Re: Dkt. No. 56 |

In these proceedings, the government of Canada seeks the extradition of Diego Maradona Haval Saed ("Fugitive"), a United States citizen. Canadian authorities have charged him with eight offenses, of which the United States referred seven charges for extradition.

On June 13, 2024, the Court conducted an extradition hearing pursuant to 18 U.S.C. § 3184. On July 16, 2024, the Court certified six of the seven referred charges to the Secretary of State for extradition. (Certification Order, Dkt. No. 56.) Specifically, the Court declined to certify the charge for Possession of a Loaded Prohibited Firearm (Count 7) due to the lack of probable cause. *Id.* at 18.

Accordingly, and as fully addressed in the Certification Order, the evidence before the Court is sufficient to justify the Fugitive's arrest and committal for trial. Thus, pursuant to 18 U.S.C. § 3184, the Fugitive is ORDERED committed to the custody of the United States Marshal pending further decision on extradition and surrender by the United States Secretary of State pursuant to 18 U.S.C. § 3186.

IT IS FURTHER ORDERED that the Clerk of Court forward a certified copy of the Certification Order (Dkt. No. 56) and this Committal for Extradition, together with a copy of the evidence presented in this case, including the formal extradition documents received in evidence

1  and any testimony received in this case, to the Secretary of State.

2       IT IS SO ORDERED.

3  Dated: July 18, 2024

4  _____
KANDIS A. WESTMORE
United States Magistrate Judge